Victor Macias, pro se; Vincent W. Perini, Hernandez, Cazorla, Ramirez & Perini, Dallas, Tex., for petitioner-appellant.

Henry Wade, Criminal Dist. Atty., Dallas, Tex., for respondent-appellee.

Before JOHN R. BROWN, Chief Judge, INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

William Nicholas Karcher, pro se; James C. Bonner, Administrative Asst., Legal Assistance for Inmates, Program, Atlanta, Ga., for petitioner-appellant.

Robert W. Rust, U. S. Atty., Richard A. Hauser, Asst. U. S. Atty., Miami, Fla., for respondent-appellee.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[**]

William Nicholas **KARCHER**, Petitioner-Appellant,

v.

**UNITED STATES of America,** Respondent-Appellee.

No. 31043

Summary Calendar.[*]

United States Court of Appeals, Fifth Circuit.

March 4, 1971.

Howard W. **HEARD**, Plaintiff-Appellee,

v.

**SECRETARY OF HEALTH, EDUCATION AND WELFARE,** Defendant-Appellant.

No. 30212.

United States Court of Appeals, Fifth Circuit.

March 5, 1971.

[1]. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

[*] Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

[**] See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.